```
 1  JINA L. CHOI (New York Bar No. 154425)
    CARY S. ROBNETT (Cal. Bar No. 160585)
 2  WILLIAM T. SALZMANN (Cal. Bar No. 205808)
    salzmannw@sec.gov
 3  JASON H. LEE (Cal. Bar No. 253140)
    leejh@sec.gov
 4

 5  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 6  44 Montgomery Street, 28th Floor
    San Francisco, California  94104
 7  Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
 8

 9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
    SECURITIES AND EXCHANGE              Case No. 3:14-cv-05273
13  COMMISSION,
                                         NOTICE OF APPEARANCE OF
14           Plaintiff,                  COUNSEL
         v.
15
    VINAY KUMAR NEVATIA a/k/a VINAY
16  KUMAR, VINAY NEVATIA, VINAY
    NIVATIA, VINAY K. KUMAR, KUMAR K.,
17  VINAY KUMAR SRINIVASAN, VINAY
    SRINIVASAN and KUMAR MANGALAM
18  KUMAR,

19           Defendant.

20

21

22

23

24

25

26

27

28
```

1     PLEASE TAKE NOTICE THAT the following counsel is appearing on behalf of

2 Plaintiff Securities and Exchange Commission in the above-captioned action:

3 John S. Yun
4 SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
5 San Francisco, CA  94104
yunj@sec.gov
6 (415) 705-2468

10 Dated:  February 12, 2015                  Respectfully submitted,

12                                          /s/ John S. Yun
John S. Yun
13                                         Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION