IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>   v.<br><br> VINAY KUMAR NEVATIA,<br><br>           Defendant._____/ | No. C14-05273 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Regarding SEC's Application for Default Judgment (dkt. 36), and notes that fourteen days have passed since the SEC served Defendant Vinay Kumar Nevatia with the Report and Recommendation on October 21, 2015, see Certificate of Service (dkt. 40), and that no opposition has been filed.  The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect.  Accordingly, the SEC's Application (dkt. 25) is GRANTED, and the Court enters default judgment against Nevatia.  Nevita is further ORDERED to disgorge $701,013.94 of ill-gotten profit (including prejudgment interest of $71,213.94), to pay a civil penalty of $629,800, and to abstain from any further violation of

//

//

the securities laws.

**IT IS SO ORDERED.**

Dated: November 9, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE