IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C14-05273 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VINAY KUMAR NEVATIA, | |
| Defendant. | |

Having granted the SEC's Application for Default Judgment, the Court enters judgment for Plaintiff the SEC and against Defendant Vinay Kumar Nevatia. Nevita is further ORDERED to disgorge $701,013.94 of ill-gotten profit (including prejudgment interest of $71,213.94), to pay a civil penalty of $629,800, and to abstain from any further violation of the securities laws.

**IT IS SO ORDERED.**

Dated: November 9, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE